UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
FILED FEB 2 3 2005
CLERK

### INDICTMENT FOR ILLEGAL USE OF A SOCIAL SECURITY NUMBER

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| versus | : | CRIMINAL NO. 05-66-C-M1 |
| VICTOR SILVA | : | 42 U.S.C. § 408(a)(7)(B) |

**THE GRAND JURY CHARGES:**

On or about February 9, 2005, in the Middle District of Louisiana, the defendant, **VICTOR SILVA,** for purposes of applying for and obtaining a Blaster's Explosive License through the Louisiana Department of Public Safety and Corrections, Office of the State Police, knowingly and with intent to deceive, did falsely represent Social Security Number XXX-XX-1925 to be the social security number assigned to him by the Commissioner of Social Security, when, in fact, as defendant well knew, said social security number had not been assigned to him by the Commissioner of Social Security.

The above is a violation of Title 42, United States Code, Section 408(a)(7)(B).

UNITED STATES OF AMERICA, by

**A TRUE BILL**

REDACTED
PER PRIVACY ACT

_____
DAVID R. DUGAS
UNITED STATES ATTORNEY
MIDDLE DISTRICT OF LOUISIANA

GRAND JURY FOREPERSON

_____
MICHAEL J. JEFFERSON
ASSISTANT U.S. ATTORNEY

# Criminal Case Cover Sheet                                             U.S. District Court

**Place of Offense:**                          Matter to be sealed: ☐ No ☒ Yes

City        __Baton Rouge__                    **Related Case Information:**

County/Parish  __East Baton Rouge__            Superseding Indictment _____  Docket Number _____
                                               Same Defendant _____  New Defendant _____
                                               Magistrate Case Number  __05-14-M1__
                                               Search Warrant Case No. _____
                                               R 20/ R 40 from District of _____
                                               **Any Other Related Cases:** _____

**Defendant Information:**

Defendant Name    __Victor Silva__
Alias Name        _____
Address           _____

Birthdate _____  S.S. # _____ Race ____ Nationality _____

**U.S. Attorney Information:**

AUSA __Michael J. Jefferson__                          Bar #    __22430__

Interpreter:    ☐ No  ☐ Yes    **List language and/or dialect:** _____

**Location Status:**

Arrest Date _____
_____ Already in Federal Custody as of _____
_____ Already in State Custody
_____ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __1__       ☐ Petty     ☐ Misdemeanor     ☒ Felony

| Index Key/Code | Description of Offense Charged | Count(s) |
| --- | --- | --- |
| set 1  42 U.S.C. § 408(a)(7)(B) | Illegal use of a Social Security Number | 1 |
| set 2 | | |
| set 3 | | |

(May be continued on second sheet)

Date: __02/22/05__    Signature of AUSA: *Michael J. Jefferson*

**District Court Case Number (To be filled in by deputy clerk):** _____